UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

Eastern District of Kentucky
FILED

FEB 2 5 2005 nw

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION NO. 04-526-KSF

INTERSTATE COMMISSION FOR                                    PLAINTIFF
ADULT OFFENDER SUPERVISION


V.                          **ORDER**


TENNESSEE BOARD OF PROBATION                                 DEFENDANTS
AND PAROLE and STATE OF
TENNESSEE

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the motion of the defendants for an extension to

respond to plaintiff's motion for preliminary injunction [DE #9]. The Court being otherwise

sufficiently advised, it is hereby ORDERED:

[1]     that defendants' motion for an extension to respond [DE #9] is hereby

        GRANTED; and

[2]     defendants shall have up to and including February 28, 2005 in which to file a

        response to the plaintiff's motion for preliminary injunction.

This 25th day of February, 2005.

                                        _KSF_____

                                        KARL S. FORESTER, CHIEF JUDGE