Eastern District of Kentucky
**FILED**

JUN 13 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION NO. 04-526-KSF

INTERSTATE COMMISSION FOR                                                     PLAINTIFF
ADULT OFFENDER SUPERVISION


V.                                              **ORDER**


TENNESSEE BOARD OF                                                            DEFENDANTS
PROBATION AND PAROLE and
STATE OF TENNESSEE


\* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the plaintiff's motion for summary judgment [DE # 14] and defendants' motion for summary judgment [DE #18]. These matters are ripe for review.

On April 1, 2005, this Court entered a preliminary injunction restraining and enjoining defendants "from denying interstate transfers under the Compact of adult offenders who meet the eligibility requirements concerning residency and employment under Rule 3.101(a) and restraining and enjoining defendants from imposing the additional requirement of psychological evaluation of sex offenders as a condition of approving such transfers." *See* Order, p. 10. For the reasons set forth in the opinion and order granting plaintiff's motion for preliminary injunction issued on April 1, 2005 [DE #15], the Court will grant plaintiff's motion for summary judgment and deny defendants' motion for summary judgment.

The Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that:

(1)   the plaintiff's motion for summary judgment [DE #14] is GRANTED;

(2)   the defendants' motion for summary judgment [DE #18] is DENIED;

(3)   the defendants, their respective officers, agents, representatives, employees and successors, and all other persons in active concert and participation with them, are hereby permanently restrained and enjoined from denying interstate transfers under the Compact of adult offenders who meet the eligibility requirements concerning residency and employment under Rule 3.101(a) and restraining and enjoining defendants from imposing the additional requirement of psychological evaluation of sex offenders as a condition of approving such transfers;

(4)   judgment in favor of the plaintiff shall be entered contemporaneously herewith.

This ___13th___ day of June, 2005.

_____KSF_____
KARL S. FORESTER, CHIEF JUDGE