UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

Eastern District of Kentucky
FILED
JUN 1 3 2005
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION NO. 04-526-KSF

INTERSTATE COMMISSION FOR             PLAINTIFF
ADULT OFFENDER SUPERVISION

V.          **SUMMARY JUDGMENT**

TENNESSEE BOARD OF             DEFENDANTS
PROBATION AND PAROLE and
STATE OF TENNESSEE

\* \* \* \* \* \* \* \* \* \* \* \*

In accordance with the opinion and order entered contemporaneously with this judgment, the Court HEREBY ORDERS AND ADJUDGES that:

(1) the defendants, their respective officers, agents, representatives, employees and successors, and all other persons in active concert and participation with them, are hereby permanently restrained and enjoined from denying interstate transfers under the Compact of adult offenders who meet the eligibility requirements concerning residency and employment under Rule 3.101(a) and restraining and enjoining defendants from imposing the additional requirement of psychological evaluation of sex offenders as a condition of approving such transfers;

(2) this judgment is final and appealable and no just cause for delay exists;

(3) this matter is STRICKEN from the active docket; and

(4) the Clerk of the Court is hereby DIRECTED to return the cash or surety bond, posted by the plaintiff, to the plaintiff.

This 10th day of June, 2005.

KARL S. FORESTER, SENIOR JUDGE