Interstate Commission on the Defaulting State pending a cure of the default. The Interstate Commission shall stipulate the conditions and the time period within which the Defaulting State must cure its default. If the Defaulting State fails to cure the default within the time period specified by the Interstate Commission, in addition to any other penalties imposed herein, the Defaulting State may be terminated from the Compact upon an affirmative vote of a majority of the Compacting States and all rights, privileges and benefits conferred by this Compact shall be terminated from the effective date of suspension.

2. Within 60 days of the effective date of termination of a Defaulting State, the Interstate Commission shall notify the Governor, the Chief Justice or Chief Judicial Officer and the Majority and Minority Leaders of the Defaulting State's legislature and the State Council of such termination.

3. The Defaulting State is responsible for all assessments, obligations and liabilities incurred through the effective date of termination including any obligations, the performance of which extends beyond the effective date of termination.

4. The Interstate Commission shall not bear any costs relating to the Defaulting State unless otherwise mutually agreed upon between the Interstate Commission and the Defaulting State.

5. Reinstatement following termination of any Compacting State requires both a reenactment of the Compact by the Defaulting State and the approval of the Interstate Commission pursuant to the Rules.

Section C. Judicial Enforcement

The Interstate Commission may, by majority vote of the Members, initiate legal action in the United States District Court for the District of Columbia or, at the discretion of the Interstate Commission, in the Federal District where the Interstate Commission has its offices to enforce compliance with the provisions of the Compact, its duly promulgated Rules and By-laws, against any Compacting State in default. In the event judicial enforcement is necessary the prevailing party shall be awarded all costs of such litigation including reasonable attorneys fees.

Section D. Dissolution of Compact

1. The Compact dissolves effective upon the date of the withdrawal or default of the Compacting State which reduces membership in the Compact to one Compacting State.

2. Upon the dissolution of this Compact, the Compact becomes null and void and shall be of no further force or effect, and the business and affairs of the Interstate Commission shall be wound up and any surplus funds shall be distributed in accordance with the By-laws.

## ARTICLE XII: SEVERABILITY AND CONSTRUCTION

1. The provisions of this Compact shall be severable, and if any phrase, clause, sentence or provision is deemed unenforceable, the remaining provisions of the Compact shall be enforceable.

2. The provisions of this Compact shall be liberally construed to effectuate its purposes.

## ARTICLE XIII: BINDING EFFECT OF COMPACT AND OTHER LAWS

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## AT LEXINGTON

INTERSTATE COMMISSION FOR
ADULT OFFENDER SUPERVISION

    *Plaintiff*

    v.                   Civil Action No. 04-526-KSF

TENNESSEE BOARD OF PROBATION AND PAROLE

and

STATE OF TENNESSEE

    *Defendants*

## AFFIDAVIT OF RICHARD L. MASTERS IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS

1.   I am the General Counsel for the Plaintiff, Interstate Commission for Adult Offender Supervision ("Commission"), and am counsel of record for the Commission. My business address is 1012 South Fourth ST, Louisville KY 40203.

2.   I make this affidavit in support of the Commission's Motion for an Award of Attorneys' Fees and Costs.

3.   I have performed legal services for the Commission by and through my law firm pursuant to an agreed hourly fee arrangement in which legal services have been furnished at the following rates:

    $200 per hour for partners

$150 per hour for associates

$ 85 per hour for legal assistants.

4. Attached hereto and incorporated herein by reference is a photocopy of the itemized invoices and statements pertaining to the legal services rendered in connection with the prosecution of this enforcement action on behalf of the Commission.

5. The total amount billed and collected for legal services is $36,014.00, plus $909.62 in litigation costs and expenses, for a total of $36,923.62.

_____
Richard L. Masters

COMMONWEALTH OF KENTUCKY )
                         )
COUNTY OF JEFFERSON )

Subscribed and sworn to before me by Richard Masters on this the *16 02* day of June, 2005.

My commission expires _*July 19 2006*_

_____
Laura M. Welch
Notary Public
State-at-Large, Kentucky

**MASTERS, MULLINS, & ARRINGTON**
1012 SOUTH FOURTH STREET
LOUISVILLE, KY 40203

Invoice submitted to:
INTERSTATE COMPACT FOR ADULT OFFENDER SUPERVISION
PO BOX 11910
LEXINGTON KY 40578-1910
DON BLACKBURN, EXEC. DIRECTOR

December 16, 2004

In Reference To:    TENNESSEE

Invoice #14178

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/5/2004 | RLM | CHECK ON FINAL NOTICE TO TENNESSEE | 0.25<br>200.00/hr | 50.00 |
| 11/8/2004 | RLM | REVIEW TENNESSEE COMPLAINTS AND STATUS;<br>OBTAIN DOCKET SHEETS FOR CIVIL CASE FILINGS;<br>CONFERENCE WITH PARALEGAL | 1.00<br>200.00/hr | 200.00 |
| 11/9/2004 | RLM | REVIEW COMPLAINTS FROM NEW YORK & GEORGIA<br>REGARDING TENNESSEE COMPLAINT VIOLATIONS | 0.50<br>200.00/hr | 100.00 |
| 11/10/2004 | RLM | LEGAL RESEARCH JURISDICTION & VENUE ISSUES;<br>PREPARE OUTLINE OF ISSUES PERTAINING TO<br>TENNESSEE | 0.50<br>200.00/hr | 100.00 |
| 11/11/2004 | RLM | PREPARE OUTLINE OF COMPLAINT; LEGAL<br>RESEARCH JURISDICTION FOR DECLARATORY<br>JUDGEMENT CLAIM IN TENNESSEE CASE; CHECK<br>DEADLINES FOR RESPONSE TO MOTION TO DISMISS | 1.75<br>200.00/hr | 350.00 |
| 11/12/2004 | RLM | REVIEW TENNESSEE CLAIMS; LEGAL RESEARCH<br>SUPREMACY CLAUSE CASES & DECLARATORY<br>JUDGEMENT; PREPARE DRAFT COMPLAINT | 2.50<br>200.00/hr | 500.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/15/2004 | RLM | REVIEW COMPLAINT OUTLINE; REVIEW US DISTRICT COURT REQUIREMENTS FOR CIVIL COMPLAINT DOCKET STATEMENT, FILING FEE, ETC.; REVIEW AND REVISE DRAFT TENNESSEE COMPLAINT | 1.50 200.00/hr | 300.00 |
| 11/16/2004 | RLM | REVIEW AND REVISE DRAFT TENNESSEE COMPLAINT | 1.00 200.00/hr | 200.00 |
| 11/17/2004 | RLM | REVIEW STATUS; PHONE CONFERENCE WITH DON BLACKBURN REGARDING TENNESSEE COMPLAINT & GRIEVANCES FROM STATES; REVIEW E-MAIL OF DRAFT AND REVISE | 1.50 200.00/hr | 300.00 |
| 11/18/2004 | RLM | PHONE CONFERENCE WITH DON BLACKBURN REGARDING DOCUMENTATION FOR TENNESSEE COMPLAINT | 0.25 200.00/hr | 50.00 |
| 11/19/2004 | RLM | PARALEGAL - RESEARCH USDC RULES/ FORMS FOR TENNESSEE CASE | 0.80 85.00/hr | 68.00 |
| | RLM | REVIEW AND LEGAL RESEARCH DECLARATION OF RIGHTS & VENUE FOR FEDERAL LAWSUIT VERSUS TENNESSEE; REVIEW AND REVISE TENNESSEE COMPLAINT | 3.00 200.00/hr | 600.00 |
| 11/20/2004 | RLM | PREPARE REVISED DRAFT OF TENNESSEE LAWSUIT; LEGAL RESEARCH VENUE, JURISDICTION; REVIEW & REVISE | 2.50 200.00/hr | 500.00 |
| 11/22/2004 | RLM | PARALEGAL - RESEARCH TENNESSEE STATUTES, ETC. | 0.60 85.00/hr | 51.00 |
| | RLM | PARALEGAL - STARTED TYPING COMPLAINT | 1.10 85.00/hr | 93.50 |
| | RLM | LEGAL RESEARCH TENNESSEE COMPACT ISSUES OBTAIN TEXT OF STATUTE, REVIEW, REVISE COMPLAINT | 1.50 200.00/hr | 300.00 |
| 11/23/2004 | RLM | PARALEGAL - RESEARCH FEDERAL RULES AND STATE CODE FOR WAIVER OF SERVICE/ SUMMONS, ETC.; REVISE COMPLAINT; TYPE SUMMONS | 1.80 85.00/hr | 153.00 |

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 11/23/2004 | RLM | PREPARE REVISED COMPLAINT; REVIEW TENNESSEE CODE; OBTAIN COPY OF TENNESSEE COMPACT; REVIEW ATTACHMENTS FROM DON BLACKBURN; REVIEW AND REVISE MOTION FOR ATTORNEY FEES | 3.50 200.00/hr | 700.00 |
| 11/24/2004 | RLM | PARALEGAL - PREPARED FINAL VERSION, COPIES/SERVE/MAIL | 1.50 85.00/hr | 127.50 |
| | RLM | REVIEW & REVISE FINAL DRAFT OF COMPLAINT; REVIEW ATTACHMENTS, SUMMONS, STATEMENT; REVIEW FINAL DRAFT; TRAVEL TO US DISTRICT COURT; CONFERENCE WITH US DISTRICT COURT CLERK REGARDING SERVICE OF SUMMONS, ELECTRONIC FILING; FILE COMPLAINT; RETURN TO OFFICE | 5.00 200.00/hr | 1,000.00 |
| 11/29/2004 | RLM | CHECK STATUS OF FILING & SERVICE OF PROCESS ON TENNESSEE CASE; REVIEW STAMPED, FILED VERIFICATION OF MOTION FOR AWARD OF ATTORNEY FEES | 1.00 200.00/hr | 200.00 |
| 11/30/2004 | RLM | REVIEW COMPLAINT & SUMMONS; INQUIRE ABOUT PRESS RELEASE REGARDING TENNESSEE CASE, ETC. | 0.50 200.00/hr | 100.00 |
| 12/2/2004 | RLM | REVIEW RULE REGARDING MOTION FOR PREMLIMINARY INJUCTION;  CHECK STATUS; REVIEW STAMP FILED COPY OF COMPLAINT; CHECK SERVICE STATUS | 1.00 200.00/hr | 200.00 |
| 12/3/2004 | RLM | CONSULT WITH EXECUTIVE DIRECTOR ABOUT COPIES OF LAWSUIT IN TENNESSEE CASE | 0.25 200.00/hr | 50.00 |
| 12/6/2004 | RLM | CHECK STATUS OF TENNESSEE COMPLAINT | 0.25 200.00/hr | 50.00 |
| 12/7/2004 | RLM | REVIEW AND REVISE TENNESSEE LAWSUIT PRESS RELEASE | 0.50 200.00/hr | 100.00 |

|  | | For professional services rendered | 35.55 | $6,443.00 |

Additional Charges :

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 11/23/2004 | FILING FEE | 1<br>150.00 | 150.00 |
| 11/24/2004 | PHOTO COPY CHARGES | 393<br>0.20 | 78.60 |
|  | POSTAGE & MAILING EXPENSE | 4<br>6.72 | 26.88 |
|  | PHOTO COPY CHARGES | 4<br>0.20 | 0.80 |
| 12/14/2004 | TRAVEL TO LEXINGTON AND RETURN TO LOUISVILLE ON<br>11/24/04 | 1<br>57.00 | 57.00 |
|  | Total costs |  | $313.28 |
|  | Total amount of this bill |  | $6,756.28 |
|  | Balance due |  | $6,756.28 |

**MASTERS, MULLINS, & ARRINGTON**
1012 SOUTH FOURTH STREET
LOUISVILLE, KY 40203


Invoice submitted to:
INTERSTATE COMPACT FOR ADULT OFFENDER SUPERVISION
PO BOX 11910
LEXINGTON KY 40578-1910
DON BLACKBURN, EXEC. DIRECTOR


February 02, 2005

In Reference To:    TENNESSEE

Invoice #14310


Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/15/2004 | RLM | PHONE CONFERENCE WITH DON BLACKBURN REGARDING STATUS | 0.25 200.00/hr | 50.00 |
| 12/16/2004 | RLM | FAX INFORMATION TO DON BLACKBURN | 0.25 200.00/hr | 50.00 |
| 12/19/2004 | RLM | CHECK STATUS OF CASE DOCKET | 0.25 200.00/hr | 50.00 |
| 12/20/2004 | RLM | REVIEW MOTION FOR PRO HAC VICE APPEARANCE; REVIEW RESPONSES | 0.50 200.00/hr | 100.00 |
| 12/21/2004 | RLM | REVIEW TN CASE STATUS OF MOTIONS, ETC. | 0.50 200.00/hr | 100.00 |
| 12/22/2004 | RLM | REVIEW PACER DOCKET FOR STATUS OF TN MOTION FOR CONTINUANCE | 0.50 200.00/hr | 100.00 |
| 12/23/2004 | RLM | REVIEW ORDER OF USDC REGARDING MOTION FOR ADMISSION; MOTION FOR EXTENSION | 0.50 200.00/hr | 100.00 |
| 1/4/2005 | RLM | CHECK STATUS OF DOCKET AND RESPONSE TIME FOR COMPLAINT | 0.25 200.00/hr | 50.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/7/2005 | RLM | CHECK STATUS OF TN CIVIL DOCKET | 0.25<br>200.00/hr | 50.00 |
| 1/10/2005 | RLM | REVIEW STATUS OF CIVIL DOCKET; ATTEMPT TO CONTACT ATTORNEY GENERAL'S OFFICE | 0.25<br>200.00/hr | 50.00 |
| 1/11/2005 | RLM | CHECK STATUS OF RESPONSE; REVIEW LOCAL RULES FOR PRELIMINARY INJUNCTION | 0.50<br>200.00/hr | 100.00 |
| 1/12/2005 | RLM | ORGANIZE SOURCE MATERIAL; CONFERENCE WITH PARALEGAL REGARDING LEGAL RESEARCH; REVIEW COMPACT RULES | 1.00<br>200.00/hr | 200.00 |
| 1/14/2005 | RLM | REVIEW PRE-TRIAL CASES; 6TH CIRCUIT LOCAL PROCEDURAL CASES, ETC.; CONFERENCE WITH PARALEGAL | 1.00<br>200.00/hr | 200.00 |
| 1/17/2005 | RLM | REVIEW STATUS OF TN CASE; PREPARE OUTLINE OF MOTION FOR PRELIMINARY INJUNCTION & ROUGH DRAFT; CONFERENCE WITH PARALEGAL REGARDING LEGAL RESEARCH, ETC. | 2.00<br>200.00/hr | 400.00 |
| 1/18/2005 | RLM | LEGAL RESEARCH ON CONTRACT REMEDIES; SPECIFIC PERFORMANCE; REVISE BRIEF OUTLINE ON CONTRACT ISSUES | 2.50<br>200.00/hr | 500.00 |
| 1/19/2005 | RLM | LEGAL RESEARCH ON PRELIMINARY INJUNCTION CRITERIA; REVIEW OF & REVISION OF BRIEF | 2.50<br>200.00/hr | 500.00 |
| 1/20/2005 | RLM | PREPARE MOTION FOR PRELIMINARY INJUNCTION; REVIEW AND REVISE; PREPARE DRAFT ORDER; LEGAL RESEARCH ON PRELIMINARY INJUNCTION CASES; REVIEW & REVISE | 2.50<br>200.00/hr | 500.00 |
| 1/21/2005 | RLM | LEGAL RESEARCH MOTION FOR PRELIMINARY INJUNCTION - TN ENFORCEMENT CASE, CONTRACT ISSUES, INJUNCTION ISSUES, CHECK CITES; PREPARE ROUGH DRAFT OF PRELIMINARY INJUNCTION MOTION; PREPARE ROUGH DRAFT OF BRIEF IN SUPPORT; PREPARE ROUGH DRAFT OF CERTIFICATE | 6.00<br>200.00/hr | 1,200.00 |
| | RLM | PARALEGAL - WORK ON MOTION FOR PRELIMINARY INJUNCTION | 1.80<br>85.00/hr | 153.00 |

| Date | | Description | Hrs/Rate | Amount |
|------|--|-------------|----------|--------|
| 1/24/2005 | RLM | PARALEGAL - WORM ON MEMO IN SUPPORT OF MOTION | 5.20 85.00/hr | 442.00 |
| 1/25/2005 | RLM | LEGAL RESEARCH SPECIFIC PERFORMANCE ISSUES IN 6TH CIRCUIT COURT CASES; LEGAL RESEARCH RESTATEMENT OF CONTRACTS; WILLISTON ON CONTRACTS; REVIEW AND REVISE BRIEF; LEGAL RESEARCH UPDATE CITATION PRELIMINARY INJUNCTION FACTORS IN 6TH CIRCUIT COURT; REVIEW & REVISE | 6.50 200.00/hr | 1,300.00 |
| 1/26/2005 | RLM | LEGAL RESEARCH CHECK 6TH CIRCUIT COURT CITATIONS ON PRELIMINARY INJUNCTION FACTORS; UPDATE RESEARCH; REVIEW AND REVISE BRIEF, AFFIDAVIT AND ORDER; CHECK PRELIMINARY INJUNCTION CIRCUIT COURT RULES | 5.50 200.00/hr | 1,100.00 |
| 1/27/2005 | RLM | REVIEW AND REVISE DRAFT MEMO OF LAW IN SUPPORT OF PRELIMINARY INJUNCTION; PREPARE REVISED AFFIDAVIT OF BLACKBURN AND ORDER; REVIEW ORDER FROM US DISTRICT COURT REGARDING SCHEDULING CONFERENCE; DISCOVERY PRE-TRIAL, ETC. | 4.50 200.00/hr | 900.00 |
| | RLM | PARALEGAL - REVISIONS TO MEMO; REVIEW CITATION FORMS, ETC.; UPDATED PLEADINGS INDEX | 5.10 85.00/hr | 433.50 |
| 1/28/2005 | RLM | PHONE CONFERENCE WITH DON BLACKBURN REGARDING AFFIDAVIT; OBTAIN TATE DECISION; PREPARE FINAL DRAFT OF BLACKBURN AFFIDAVIT; DELIVER COPY OF AFFIDAVIT; REVIEW & REVISED DRAFT, MOTION, BRIEF AND DRAFT ORDER | 3.50 200.00/hr | 700.00 |
| | RLM | PARALEGAL - REVISE DOCUMENTS TO BE FILED, COPIES, ETC. | 4.50 85.00/hr | 382.50 |
| 1/31/2005 | RLM | TRAVEL TO ICAOS HEADQUARTERS; OBTAIN SIGNATURE OF DON BLACKBURN ON AFFIDAVIT; ASSEMBLE DRAFT & PRELIMINARY INJUNCTION PAPERS; FILE MOTION FOR PRELIMINARY INJUNCTION; BRIEF IN SUPPORT AFFIDAVIT WITH U.S. DISTRICT COURT AT LEXINGTON COUNTY CLERK; RETURN TO OFFICE; SEND CERTIFIED COPY TO OPPOSITION & CHECK DOCKET | 4.50 200.00/hr | 900.00 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 62.60 | $10,611.00 |

Additional Charges :

| | | Qty/Price | |
|---|---|---|---|
| 1/14/2005 | LEGAL RESEARCH 12/30/04 | 1<br>183.50 | 183.50 |
| 1/28/2005 | PHOTO COPY CHARGES | 347<br>0.20 | 69.40 |
| 1/31/2005 | POSTAGE & MAILING EXPENSE | 1<br>13.65 | 13.65 |
| 2/1/2005 | POSTAGE & MAILING EXPENSE | 1<br>2.21 | 2.21 |
| | PHOTO COPY CHARGES | 42<br>0.20 | 8.40 |

| | |
|---|---|
| Total costs | $277.16 |
| Total amount of this bill | $10,888.16 |
| Previous balance | $6,756.28 |
| 12/29/2004 Payment - thank you | ($6,756.28) |
| Total payments and adjustments | ($6,756.28) |
| Balance due | $10,888.16 |

**MASTERS, MULLINS, & ARRINGTON**
1012 SOUTH FOURTH STREET
LOUISVILLE, KY 40203

Invoice submitted to:
INTERSTATE COMPACT FOR ADULT OFFENDER SUPERVISION
PO BOX 11910
LEXINGTON KY 40578-1910
DON BLACKBURN, EXEC. DIRECTOR

March 11, 2005

In Reference To:    TENNESSEE

Invoice #14405

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/7/2005 | RLM | PHONE CONFERENCE WITH MIKE BUENGER REGARDING PRELIMINARY INJUNCTION BRIEF, RULE 4.103, RESEARCH STATUTORY CONSTRUCTION | 0.50 200.00/hr | 100.00 |
| 2/9/2005 | RLM | REVIEW STATUS OF SCHEDULING ORDER | 0.25 200.00/hr | 50.00 |
| 2/10/2005 | RLM | REVIEW STATUS OF PLANNING MEETING | 0.25 200.00/hr | 50.00 |
| 2/15/2005 | RLM | REVIEW COMPLAINT, ANSWERS & POSSIBLE DISCOVERY; FACT DEVELOPMENT ISSUES | 0.50 200.00/hr | 100.00 |
| 2/16/2005 | RLM | REVIEW COMPLAINT & ANSWERS FOR POSSIBLE STIPULATIONS; PERSONS WITH KNOWLEDGE; CONFERENCE WITH PARALEGAL | 0.50 200.00/hr | 100.00 |
| 2/17/2005 | RLM | REVIEW SCHEDULING ORDER FOR CHECK LIST; CHECK FEDERAL RULES | 0.50 200.00/hr | 100.00 |
| 2/18/2005 | RLM | CHECK SCHEDULING ORDER, LOCAL RULES FOR REPLY BRIEF, ETC. | 0.50 200.00/hr | 100.00 |

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 2/22/2005 | RLM | PHONE CONFERENCE WITH MARK HUDSON, ASST. ATTORNYE GENERAL, REGARDING "PLANNING MEETING" DUE BY FRIDAY, FEBRUARY 26; REVIEW DOCUMENTS; REVIEW FORMS FOR REPORT OF PLANNING MEETING; PREPARE OUTLINE | 1.50 200.00/hr | 300.00 |
| 2/24/2005 | RLM | CHECK ON STATUS OF TN RESPONCE; REVIEW AND REVISE DRAFT PLANNING MEETING REPORT | 0.75 200.00/hr | 150.00 |
| 2/25/2005 | RLM | REVIEW STATUS OF BRIEFING SCHEDULE, SCHEDULING ORDER, ETC. | 1.00 200.00/hr | 200.00 |
| 3/1/2005 | RLM | REVIEW MEMO IN OPPOSITION FILED BY TN; REVIEW LOCAL COURT RULES REGARDING REPLY MEMOS; OUTLINE REPLY BRIEF; CHECK LOCAL RULES FOR DEADLINES, LEGAL RESEARCH, CONSTRUCTION OF STATUTES AND REGULATIONS | 3.00 200.00/hr | 600.00 |
| 3/2/2005 | RLM | REVIEW TN BRIEF; REVIEW EXHIBITS; REVIEW OF OUTLINE/ REPLY; CHECK FEDERAL RULES REGARDING REPLY, LEGAL RESEARCH PRELIMINARY INJUNCTION STANDARDS | 2.50 200.00/hr | 500.00 |
| 3/3/2005 | RLM | REVIEW LEGAL ARGUMENTS OF TN & LEGAL RESEARCH REGARDING ADMINISTRATIVE RULES; STATUTORY RULES OF CONSTRUCTION | 2.50 200.00/hr | 500.00 |
| 3/4/2005 | RLM | LEGAL RESEARCH 6TH CIRCUIT COURT CASES ON STATE INTERPRETATION; DEFENSE TO ADMIN. AGENCIES; PREPARE ROUGH DRAFT ON FACTS & LAW; REVIEW & REVISE DRAFT; REVIEW AFFIDAVIT OF DON BLACKBURN; REVIEW DOCUMENT DECISION; LEGAL RESEARCH INJUNCTIVE RELIEF; REVIEW AND PREPARE REVISED DRAFT; PHONE CONFERENCE WITH BUENGER; PHONE CONFERENCE WITH BLACKBURN | 7.50 200.00/hr | 1,500.00 |
| | RLM | PARALEGAL - WORK ON REPLY BRIEF; SENT DRAFT TO CLIENT | 1.30 85.00/hr | 110.50 |
| 3/5/2005 | RLM | REVIEW AND REVISE DRAFT; REPLY BACK; CHECK CITES | 2.50 200.00/hr | 500.00 |

|            |     |                                                                                                                                                                                                                                                                                                                                       | Hrs/Rate         | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 3/7/2005   | RLM | REVIEW AND REVISE DRAFT BRIEF; REVIEW EXHIBITS, CHECK CITES; CHECK GRAMMAR; E-MAIL TO DON BLACKBURN & MIKE BUENGER FOR COMMENT; REVIEW & REVISE; REVIEW DRAFT; CHECK SUPREME COURT CITITATIONS & 6TH CIRCUIT COURT CITES; REVISE, REWORK & ARRANGE TITLES; PREPARE FINAL DRAFT; REVIEW FINAL DRAFT; SIGN & CERTIFY TO COUNSEL | 7.50 200.00/hr | 1,500.00 |
| 3/8/2005   | RLM | TRAVEL TO U.S. DISTRICT COURT; FILE REPLY BRIEF                                                                                                                                                                                                                                                                                        | 1.00 200.00/hr | 200.00   |

For professional services rendered         34.05        $6,660.50

Additional Charges :

|          |             | Qty/Price |        |
|----------|-------------|-----------|--------|
| 3/4/2005 | FAX CHARGES | 30 2.00   | 60.00  |

Total costs                                                     $60.00

Total amount of this bill                                 $6,720.50

Previous balance                                          $10,888.16

2/18/2005 Payment - thank you                      ($10,888.16)

Total payments and adjustments                  ($10,888.16)

Balance due                                                  $6,720.50

**MASTERS, MULLINS, & ARRINGTON**
1012 SOUTH FOURTH STREET
LOUISVILLE, KY 40203


Invoice submitted to:
INTERSTATE COMPACT FOR ADULT OFFENDER SUPERVISION
PO BOX 11910
LEXINGTON KY 40578-1910
DON BLACKBURN, EXEC. DIRECTOR


April 15, 2005

In Reference To:   TENNESSEE

Invoice #14471


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/1/2005 RLM | PARALEGAL - UPDATED PLEADINGS INDEX | 0.40<br>85.00/hr | 34.00 |
| 3/10/2005 RLM | PREPARE REPORT TO COURT OF STATUS & PLANNING MEETING; REVIEW & REVISE; REVIEW FEDERAL RULE 26 | 2.50<br>200.00/hr | 500.00 |
| 3/11/2005 RLM | PHONE CONFERENCE WITH MARK HUDSON; REVISE CONFERENCE REPORT; CONFERENCE WITH PARALEGAL; FILE WITH US DISTRICT COURT | 1.00<br>200.00/hr | 200.00 |
| 3/14/2005 RLM | CHECK STATUS OF PENDING MOTION FOR PRELIMINARY INJUNCTION | 0.25<br>200.00/hr | 50.00 |
| 3/15/2005 RLM | CHECK STATUS OF CASE MOTIONS | 0.25<br>200.00/hr | 50.00 |
| 3/16/2005 RLM | REVIEW DOCKET; CHECK PACER ELECTRONIC DATA SYSTEM | 0.25<br>200.00/hr | 50.00 |
| 3/17/2005 RLM | CHECK DOCKET; REVIEW RULE 56 REGARDING SUMMARY JUDGMENT; REVIEW LOCAL RULES | 0.50<br>200.00/hr | 100.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/18/2005 | RLM | REVIEW STAMP FILED COPY OF DEPARTMENT TO COURT; PREPARE MOTION FOR SUMMARY JUDGMENT OUTLINE AND RESEARCH | 1.00 200.00/hr | 200.00 |
| 3/21/2005 | RLM | LEGAL RESEARCH LOCAL RULES ON SUMMARY JUDGMENT MOTIONS; FEDERAL STANDARD FOR REVIEW; PREPARE DRAFT MOTION; REVIEW & REVISE MOTION FOR SUMMARY JUDGMENT; PREPARE MEMO IN SUPPORT | 2.00 200.00/hr | 400.00 |
| 3/22/2005 | RLM | REVIEW MOTION FOR SUMMARY JUDGMENT IN TN CASE REVIEW RULE 56; LEGAL RESEARCH EFFECT OF PRELIMINARY INJUNCTION; REVIEW & REVISE MOTION | 1.00 200.00/hr | 200.00 |
| | RLM | REVIEW & REVISED PROPOSED ORDER FOR SUMMARY JUDGMENT | 0.50 200.00/hr | 100.00 |
| 3/24/2005 | RLM | RULES & REVISE SUMMARY JUDGMENT MOTION; REVIEW COURT HEARING RECORD; PREPARE MEMO IN ADVANCE OF SUMMARY JUDGMENT | 1.50 200.00/hr | 300.00 |
| 3/25/2005 | RLM | REVIEW & REVISE MOTION FOR SUMMARY JUDGMENT; REVIEW & REVISE BRIEF IN SUPPORT & PROPOSED ORDER | 1.50 200.00/hr | 300.00 |
| 3/28/2005 | RLM | REVIEW FINAL DRAFT OF MOTION FOR SUMMARY JUDGMENT & ORDER & MEMO IN SUPPORT & FILE WITH US DISTRICT COURT | 1.50 200.00/hr | 300.00 |
| 3/29/2005 | RLM | CHECK STATUS OF PRELIMINARY INJUNCTION MOTION; CONFERENCE WITH PARALEGAL | 0.25 200.00/hr | 50.00 |
| 3/30/2005 | RLM | CHECK STATUS OF MOTION FOR PRELIMINARY INJUNCTION ON PACER SYSTEM | 0.25 200.00/hr | 50.00 |
| 3/31/2005 | RLM | REVIEW STAMP FILED COPY OF MOTION FOR SUMMARY JUDGMENT | 0.25 200.00/hr | 50.00 |
| 4/1/2005 | RLM | REVIEW OPINION OF US DISTRICT COURT & INJUNCTION; PHONE CONFERENCE WITH DON BLACKBURN REGARDING INJUNCTION ORDER; PREPARE MEMO FOR DON TO COMMISSIONER | 1.50 200.00/hr | 300.00 |

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| | REGARDING ENTRY OF PRELIMINARY INJUNCTION IN TN CASE | | |
| 4/6/2005 RLM | REVIEW ORDER FROM US DISTRICT COURT FOR UPDATED STATUS REPORT FROM COUNSEL | 0.50 200.00/hr | 100.00 |
| 4/7/2005 RLM | CHECK STATUS OF DOCKET FOR SUMMARY JUDGMENT MOTION | 0.25 200.00/hr | 50.00 |
| | For professional services rendered | 17.15 | $3,384.00 |

Additional Charges :

|  | | Qty/Price | |
|---|---|---|---|
| 3/7/2005 | PHOTO COPY CHARGES | 48 0.20 | 9.60 |
| | POSTAGE & MAILING EXPENSE | 1 0.60 | 0.60 |
| 3/11/2005 | FAX CHARGES | 3 2.00 | 6.00 |
| | POSTAGE & MAILING EXPENSE | 1 0.60 | 0.60 |
| | POSTAGE & MAILING EXPENSE | 1 0.37 | 0.37 |
| | PHOTO COPY CHARGES | 4 0.20 | 0.80 |
| 3/28/2005 | POSTAGE & MAILING EXPENSE | 1 3.41 | 3.41 |
| | PHOTO COPY CHARGES | 40 0.20 | 8.00 |
| 4/1/2005 | FAX CHARGES | 10 2.00 | 20.00 |

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 4/1/2005 | FAX CHARGES | 12<br>2.00 | 24.00 |
|  | Total costs |  | $73.38 |
|  | Total amount of this bill |  | $3,457.38 |
|  | Previous balance |  | $6,720.50 |
| 3/16/2005 | Payment - thank you |  | ($6,720.50) |
|  | Total payments and adjustments |  | ($6,720.50) |
|  | Balance due |  | $3,457.38 |

**MASTERS, MULLINS, & ARRINGTON**
1012 SOUTH FOURTH STREET
LOUISVILLE, KY 40203


Invoice submitted to:
INTERSTATE COMPACT FOR ADULT OFFENDER SUPERVISION
PO BOX 11910
LEXINGTON KY 40578-1910
DON BLACKBURN, EXEC. DIRECTOR


May 06, 2005

In Reference To:   TENNESSEE

Invoice #14542


### Professional Services

| Date | | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 4/11/2005 | RLM | CHECK STATUS OF SCHEDULING CONFERENCE | 0.25 200.00/hr | 50.00 |
| | RLM | REVIEW DISTRICT COURT SCHEDULING ORDER & ATTEMPT TO CONTACT M. HUDSON, AAG; LEAVE VOICE MAIL | 0.50 200.00/hr | 100.00 |
| 4/12/2005 | RLM | REVIEW TENNESSEE BOARD CHAIR'S OBJECTION; REVIEW AND RESPOND TO E-MAIL FROM DON BLACKBURN; REVIEW OF AAG MARK HUDSON REGARDING STATUS & AMENDED STATUS REPORT; PREPARE DRAFT STATING REPORT; SEND E-MAIL TO DON BLACKBURN REGARDING COMMUNICATION REGARDING LEGAL NOTICE | 1.50 200.00/hr | 300.00 |
| 4/13/2005 | RLM | REVIEW E-MAIL & REPLY REGARDING TENNESSEE BOARD CHAIR OBJECTION; REVIEW AND REVISE DRAFT STATUS REPORT FOR USDC | 0.50 200.00/hr | 100.00 |
| 4/15/2005 | RLM | REVIEW & REVISE DRAFT STATUS REPORT & RESPONSE TO REQUEST FROM USDC; PHONE CONFERENCE WITH AAG MARK HUDSON | 0.50 200.00/hr | 100.00 |

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 4/18/2005 | RLM | PARALEGAL - PREPARED STATUS CONFERENCE REPORT & FAXED TO OPPOSING COUNSEL | 0.60 85.00/hr | 51.00 |
| | RLM | REVIEW & REVISE ORDER & REPORT; PHONE CONFERENCE WITH AAG MARK HUDSON OFFICE; CHECK LOCAL RULES REGARDING STATUS CONFERENCE & REPORT FORMS | 1.00 200.00/hr | 200.00 |
| 4/19/2005 | RLM | PARALEGAL - REVISED STATUS CONFERENCE NOTICE, COPIED, FAXED TO OPPOSING COUNSEL | 0.60 85.00/hr | 51.00 |
| | RLM | PHONE CONFERENCE WITH AAG HUDSON REGARDING STATUS; REVIEW & REVISE REPORT TO COURT; FILE WITH USDC; CHECK DOCKET; REVIEW PACER SYSTEM; REVIEW OF RULE 56; LEGAL RESEARCH STANDARD OF REVIEW | 3.00 200.00/hr | 600.00 |
| 4/20/2005 | RLM | REVIEW MOTION FOR SUMMARY JUDGMENT & OUTLINE RESPONSE; E-MAIL WAY OF SUMMARY JUDGMENT MOTION TO DON BLACKBURN REGARDING STATUS | 1.00 200.00/hr | 200.00 |
| 4/21/2005 | RLM | REVIEW MEMO IN SUPPORT OF SUMMARY JUDGMENT; CHECK RULES REGARDING RESPONSE TIME & OUTLINE; LEGAL RESEARCH PRELIMINARY INJUNCTION | 1.00 200.00/hr | 200.00 |
| 4/22/2005 | RLM | REVIEW RULES ON SUMMARY JUDGMENT RESPONSE; PREPARE OUTLINE; REVIEW PROVISIONS, BRIEFS & AFFIDAVITS; LEGAL RESEARCH ON EFFECT OF PRELIMINARY INJUNCTION FINDINGS ON SUMMARY JUDGMENT | 1.50 200.00/hr | 300.00 |
| 4/25/2005 | RLM | REVIEW TENNESSEE SUMMARY JUDGMENT BRIEF AND REPLY; CHECK CASE SITES | 0.50 200.00/hr | 100.00 |
| 4/26/2005 | RLM | REVIEW & OUTLINE DRAFT SUMMARY JUDGMENT MOTION AND REPLY BRIEF | 1.00 200.00/hr | 200.00 |
| 4/27/2005 | RLM | REVIEW AND REVISE OUTLINE FOR SUMMARY JUDGMENT BRIEF; REVIEW TENNESSEE MOTION FOR SUMMARY JUDGMENT; LEGAL RESEARCH STANDARD FOR SUMMARY JUDGMENT; PREPARE DRAFT MEMORANDUM & REPLY | 2.50 200.00/hr | 500.00 |

|            |     |                                                                 | Hrs/Rate | Amount |
|------------|-----|-----------------------------------------------------------------|----------|--------|
| 4/27/2005  | RLM | REVISE DRAFT MEMO IN OPPOSITION AND REPLY                        | 1.00 200.00/hr | 200.00 |
|            | RLM | REVIEW AND REVISE BRIEF MEMO IN RESPONSE TO SUMMARY JUDGMENT; REVIEW RULES & COMMENTS;LEGAL RESEARCH CONFLICTING RULES; REVIEW & REVISE COMBINED REPLY BRIEF | 2.50 200.00/hr | 500.00 |
| 4/29/2005  | RLM | REVIEW AND REVISE BRIEF, INJUNCTION & PREPARE DRAFT ORDER FOR USDC | 1.50 200.00/hr | 300.00 |
| 5/2/2005   | RLM | REVIEW OF AND REVISION OF FINAL DRAFT RESPONSE & REPLY BRIEF; CHECK COURT DOCKET; TRAVEL TO LEXINGTON; FILE BRIEF IN OPPOSITION TO TENNESSEE; MOTION FOR SUMMARY JUDGMENT & REPLY TO RESPONSE; REVIEW AND REVISE FINAL DRAFT; RETURN TO OFFICE | 4.00 200.00/hr | 800.00 |
| 5/3/2005   | RLM | CHECK DOCKET ENTRY PER PACER ELECTRONIC SYSTEM & LOCAL RULE REGARDING REPLY TIME REVIEW | 0.25 200.00/hr | 50.00 |

For professional services rendered

|  | 25.20 | $4,902.00 |
|--|-------|-----------|

Additional Charges :

|            |                            | Qty/Price | |
|------------|----------------------------|-----------|------|
| 3/7/2005   | PHOTO COPY CHARGES         | 48 0.20   | 9.60 |
|            | POSTAGE & MAILING EXPENSE  | 1 0.60    | 0.60 |
| 3/11/2005  | POSTAGE & MAILING EXPENSE  | 1 0.37    | 0.37 |
|            | POSTAGE & MAILING EXPENSE  | 1 0.60    | 0.60 |
|            | PHOTO COPY CHARGES         | 4 0.20    | 0.80 |

| | Qty/Price | Amount |
|---|---|---|
| 3/30/2005 FEDERAL EXPRESS CHARGE | 1 14.48 | 14.48 |
| 4/18/2005 FAX CHARGES | 3 2.00 | 6.00 |
| 4/19/2005 PHOTO COPY CHARGES | 6 0.20 | 1.20 |
| FAX CHARGES | 3 2.00 | 6.00 |
| Total costs | | $39.65 |
| Total amount of this bill | | $4,941.65 |
| Previous balance | | $3,457.38 |
| 4/22/2005 Payment -- thank you | | ($3,457.38) |
| Total payments and adjustments | | ($3,457.38) |
| Balance due | | $4,941.65 |

**MASTERS, MULLINS, & ARRINGTON**
1012 SOUTH FOURTH STREET
LOUISVILLE, KY 40203

Invoice submitted to:
INTERSTATE COMPACT FOR ADULT OFFENDER SUPERVISION
PO BOX 11910
LEXINGTON KY 40578-1910
DON BLACKBURN, EXEC. DIRECTOR

June 17, 2005

In Reference To:   TENNESSEE

Invoice #14642

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/10/2005 | RLM | PARALEGAL - CONFERENCE WITH R. MASTERS; DOWNLOADED FILED DOCUMENT; VOICE MAIL TO REPORTER, E-MAILED | 0.60 85.00/hr | 51.00 |
| 5/11/2005 | RLM | REVIEW STATUS OF MOTION FOR SUMMARY JUDGMENT & ORDER DOCKET | 0.25 200.00/hr | 50.00 |
| 5/13/2005 | RLM | PARALEGAL - UPDATED PLEADINGS INDEX; ORGANIZED FILE | 1.10 85.00/hr | 93.50 |
| 5/17/2005 | RLM | CHECK PACER DOCKET REGARDING STATUS OF SUMMARY JUDGMENT MOTION | 0.25 200.00/hr | 50.00 |
| 5/20/2005 | RLM | CHECK PACER DOCKET REGARDING STATUS OF SUMMARY JUDGMENT MOTION | 0.25 200.00/hr | 50.00 |
| 5/24/2005 | RLM | CHECK PACER DOCKET & SUMMARY JUDGMENT LOCAL RULES | 0.25 200.00/hr | 50.00 |
| 5/27/2005 | RLM | CHECK STATUS OF SUMMARY JUDGMENT MOTION DOCKET | 0.25 200.00/hr | 50.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/2005 | RLM | REVIEW PACER DOCKET FOR STATUS OF SUMMARY JUDGMENT MOTION | 0.25 200.00/hr | 50.00 |
| 6/3/2005 | RLM | UPDATE ICAOS AS TO STATUS; REVIEW DOCKET | 0.50 200.00/hr | 100.00 |
| 6/7/2005 | RLM | CHECK STATUS OF DOCKET REGARDING MOTION FOR SUMMARY JUDGMENT; CHECK ATTORNEY FEE AWARD STATUTE AND LOCAL RULES (LEGAL RESEARCH) | 1.00 200.00/hr | 200.00 |
| 6/8/2005 | RLM | CHECK STATUS OF SUMMARY JUDGMENT MOTION | 0.25 200.00/hr | 50.00 |
| 6/13/2005 | RLM | CHECK STATUS OF SUMMARY JUDGMENT MOTION FOR APPOINTMENT AND REVIEW PACER DOCKET | 0.50 200.00/hr | 100.00 |
| 6/14/2005 | RLM | CHECK STATUS OF TENNESSEE CASE | 0.50 200.00/hr | 100.00 |
| 6/15/2005 | RLM | REVIEW NOTICE FROM USDC OF SUMMARY JUDGMENT; REVIEW ORDER FROM USDC; PHONE CONFERENCE WITH DON BLACKBURN REGARDING ORDER | 0.50 200.00/hr | 100.00 |
| | RLM | REVIEW DOCKET ENTRY; E-MAIL ELECTRONIC VERSION OF ORDER TO ICAOS; REVIEW COMPLAINT & ATTORNEY FEE CLAIM | 1.00 200.00/hr | 200.00 |
| | RLM | REVIEW COMPACT STATUTE FROM TENNESSEE CODE ANN. OUTLINE ELEMENTS FOR FEE MOTION; LEGAL RESEARCH MOTION TO ALTER OR AMEND | 3.00 200.00/hr | 600.00 |
| | RLM | PARALEGAL - DOWNLOADED PDF VERSION OF ORDER FROM COURT WEB SITE | 0.30 85.00/hr | 25.50 |
| 6/16/2005 | RLM | PREPARE DRAFT MEMO OF LAW IN SUPPORT; PREPARE AFFIDAVIT; PREPARE PROPOSED ORDER | 2.00 200.00/hr | 400.00 |
| | RLM | REVIEW MOTION & MEMO IN SUPPORT AND REVISE; REVIEW INVOICES & AFFIDAVIT | 1.50 200.00/hr | 300.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/16/2005 | RLM | REVIEW AND REVISE DRAFT ORDER; CHECK LOCAL RULES REGARDING ATTORNEY FEE AWARD & FRCP 54(d) | 1.50 200.00/hr | 300.00 |
| | RLM | PARALEGAL - PROCESSED MOTION, MEMO, ETC. FOR FILING | 1.10 85.00/hr | 93.50 |
| 6/17/2005 | RLM | REVIEW AND REVISE MOTION; MEMO OF LAW AFFIDAVIT & ORDER; PREPARE FINAL DRAFT; TRAVEL TO LEXINGTON & FILE WITH USDC & RETURN | 5.00 200.00/hr | 1,000.00 |

|  | For professional services rendered | 21.85 | $4,013.50 |
|---|---|---|---|

Additional Charges :

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 5/2/2005 | POSTAGE & MAILING EXPENSE | 1 0.83 | 0.83 |
| | PHOTO COPY CHARGES | 33 0.20 | 6.60 |
| | FAX CHARGES | 15 2.00 | 30.00 |
| 5/17/2005 | LEGAL RESEARCH ON WEST LAW WEBSITE IN MARCH | 1 45.50 | 45.50 |
| 6/17/2005 | MILEAGE TO LEXINGTON COURTHOUSE AND BACK | 154 0.41 | 63.22 |

|  | Total costs | $146.15 |
|---|---|---|
| | Total amount of this bill | $4,159.65 |
| | Previous balance | $4,941.65 |
| 5/12/2005 | Payment - thank you | ($4,941.65) |
| | Total payments and adjustments | ($4,941.65) |